E-FILED
Tuesday, 28 November, 2017  12:24:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | | |
|---|---|---|
| JOHN H. DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-01055-JES-JEH |
| | ) | |
| GREGORY GOSSETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JOHN H. DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-01113 |
| CORRECTIONS, et al., | ) | Judge Harold A. Baker |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR A FINDING OF RELATEDNESS AND FOR REASSIGNMENT AND CONSOLIDATION OF RELATED CASES FOR PURPOSES OF DISCOVERY AND TRIAL

Plaintiff, JOHN H. DOE, by and through his attorneys, Montgomery Law Firm, LLC., and  Defendants, Gregory Gossett and  Unknown Correctional Officers of the Illinois River Correctional Facility, pursuant to Fed. R. Civ. P. 42(a) and Rule 42.1of the Local General Rules for the United States District Court for the Central District of Illinois, respectfully and jointly move for a finding of relatedness and for reassignment and consolidation of related cases for purposes of discovery. In support of its motion, defendants state the following:

1.      The case presently before this court, No.  1:16-cv-01055 is a civil rights action arising out of the injury of plaintiff John Doe in a series of sexual assaults occurring between March 11, 2015 and May 6, 2015.  Named as defendants therein are Gregory Gossett, Unknown Correctional Officers, Marcus Beaty and Brad Johnson.

2.      A separate civil rights action (No. 1:17-cv-01113) arising out of the same incidents between March 11, 2015 and May 6, 2015 was filed by another attorney on behalf of John Doe. The complaint filed by the plaintiff names the Illinois Department of Corrections, Corrections Officer Henderson, Corrections Officer Richardson, Corrections Officer Woods, Corrections Officer Betty and Earl Good.

3.      The No. 1:16-cv-01055 complaint is the earlier filed action. The No. 1:17-cv-01113 complaint is the later-filed action, and is pending before Judge Baker.

4.      On July 5, 2017, pursuant to order of Judge Joe Billy McDade, attorney James D. Montgomery, Jr. entered his appearance in the 1:17-cv-01113 action and the attorneys filing same were subsequently granted leave to withdraw.

5.      On October 27, 2017 case no. 1:17-cv-01113 was reassigned to Judge Baker.

6.      Both complaints concern the same incidents occurring between March 11, 2015 and May 6, 2015; have common defendants, all of the same witnesses, and the same issues of law. In fact, they are essentially the same case filed twice by separate attorneys. Accordingly, these two cases present common questions of law and fact.

7.      Under Fed. R. Civ. p. 42(a), cases may be consolidated when there exist common questions of law and fact, and when such consolidation will promote efficiency and will not delay the trial or prejudice any of the parties. Here, consolidation will promote efficiency and expedite rather than delay these proceedings. Without consolidation, duplicative discovery will take place, with many of the witnesses sitting for two rather than one deposition.

8.      In Case No1:16-cv-01055 a few depositions have taken place and Defendant Gossett has just recently produced documents pursuant to order of the Magistrate Court Judge

2

enabling the taking of the remainder of the depositions. Thus, a finding of relatedness would not delay the proceedings in either case.

9. In addition, under Local Rule 42.1 later -filed cases may be transferred to the judge assigned to the first -filed suit, regardless of whether the cases are consolidated.

10. In short, these two cases should be consolidated, so as to reduce duplication of efforts and avoid the potential for inconsistent rulings and findings on similar issues.

WHEREFORE, Plaintiff and Defendants, jointly and respectfully request that this court find these cases are related and recommend the reassignment and consolidation of the above-named related cases to this Court's calendar.

Respectfully Submitted,

By:   /s/ALAN WILLIAMS *with permission*
        ALAN WILLIAMS
        Assistant Attorney General
        Office of the Illinois Attorney
        General
        100 W. Randolph Street, 13th Floor
        Chicago, Illinois 60601
        tel: 312-814-3654
        fax: 312-814-4425
        ajwilliams@atg.state.il.us

Respectfully submitted,

By:   /s/ James D. Montgomery, Jr.
        **James D. Montgomery, Jr.**
        **Attorney for Plaintiff**
        MONTGOMERY LAW FIRM, LLC.
        221 N. LaSalle Street, Suite 1414
        Chicago, IL 60601
        (312) 880-1001
        Atty No. 6183323

Dated: November 28, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2017, I electronically filed the foregoing Joint Motion for a Finding of Relatedness and for Reassignment and Consolidation of Related Cases for Purposes of Discovery and Trial, with the Clerk of the Court using the CM/ECF system and to the following persons:

> Alan Williams via notification through the CM./ECR system

And to:

> Jason Joseph Weigand  via email notification at
> jasonjweigand@gmail.com,
> genlawdocketing@atg.state.il.us,
> grodriguez@atg.state.il.us,
> JWeigand@atg.state.il.us

> s/ James D. Montgomery, Jr.
> James D. Montgomery, Jr.
> Montgomery Law Firm, LLC.
> 221 N. LaSalle Street
> Suite 1414
> Chicago, Illinois 60601
> (312) 880-1001